IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                                                               Civ. No. 06-301 JC/RLP
                                                                               Cr. No. 99-777 JC

JUAN MANUEL CARBAJAL-MORENO,

    Defendant/Movant.

## ORDER

    THIS MATTER comes before the Court on the Magistrate Judge's Report and Recommendation, the Movant having timely filed objections thereto and the Court having made a *de novo* review of the record, finds that the objections are not well-taken and that the Magistrate Judge's Report and Recommendation shall be adopted by the Court.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation is adopted by the Court and this case is dismissed with prejudice.

    IT IS SO ORDERED.

                                                        s/John Edwards Conway
                                                        _____
                                                        John Edwards Conway
                                                       Senior United States District Judge