UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

June 25, 2010

Douglas E. Cressler
Chief Deputy Clerk

Matthew Dykman
District of New Mexico- Albuquerque
Pete V. Domenici U.S. Courthouse
333 Lomas N.W., Suite 270
Albuquerque, NM 87102

**RE:** 10-2112, United States v. Carbajal-Moreno
Dist/Ag docket: 1:06-CV-00301-JEC-RLP , 2:99-CR-00777-JEC-RLP-3

Dear Clerk:

Briefing in this matter is no longer tolled; the district clerk is requested to transmit the record on appeal.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc: Terri J. Abernathy
Renee Lyn Camacho
Juan Manuel Carbajal-Moreno

EAS/sls